[No. 7371-4-II. Division Two. March 14, 1985.]

RICHARD PULVER, *Respondent,* v. R. DARRELL HAMILTON, *Respondent,* ARTHUR E. PIEHLER, *Judge of the Superior Court for King County,* ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82-2-02580-7, Robert J. Bryan, J., entered December 3, 1982. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Petrich, J.

[No. 6753-6-II. Division Two. March 14, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 82-1-00366-2, J. Dean Morgan, J., entered November 24, 1982. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Alexander, JJ.

[No. 6823-1-II. Division Two. March 15, 1985.]

*In the Matter of the Marriage of* JILL A. SWANSON, *Respondent, and* JAMES L. SWANSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 261371, Rosanne Buckner, J. Pro Tem., entered January 3, 1983. *Reversed* by unpublished opinion per Alexander, J., concurred in by Reed, A.C.J., and Petrich, J.